UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AIDA R. GIL,

                        Plaintiff,

-against-

605 WEST 42ND OWNER LLC, et al.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2025

1:25-CV-5396 (MKV)

ORDER OF SERVICE

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiff Aida R. Gil, of New York, New York, brings this action *pro se*, asserting claims of discrimination and retaliation under the Federal Housing Act, as well as at least one claim under state law. She resides in an apartment building located at 605 West 42nd Street, in New York, New York ("the building"), and she sues: (1) 605 West 42nd Owner LLC, her landlord; (2) the Moinian Group, the landlord's parent company; and (3) Julio Del Orbe, an employee of the landlord and/or of the Moinian Group, and the Senior Residential Manager of the building.

    By order dated June 30, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. The Court directs service on the defendants.

## DISCUSSION

    Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve the defendants until 90 days after the date that summonses for the defendants issue.

*Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the defendants through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of the defendants. The Clerk of Court is further instructed to issue a summons for each of the defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on each of the defendants.

If summonses and the complaint are not served on the defendants within 90 days after the date that the summonses for the defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if he fails to do so.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for Defendants 605 West 42nd Owner LLC, the Moinian Group, and Julio Del Orbe; (2) complete USM-285 forms for the defendants; and (3) deliver all documents necessary to effect service of summonses and the complaint on the defendants to the USMS.

SO ORDERED.

Dated:   August 12, 2025
         New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

## SERVICE ADDRESSES FOR DEFENDANTS

1. 605 West 42nd Owner LLC
   605 West 42nd Street
   New York, New York 10036

2. The Moinian Group
   3 Columbus Circle
   26th Floor
   New York, New York 10019

3. Julio Del Orbe
   Senior Residential Manager
   605 West 42nd Street
   New York, New York 10036