USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

AIDA R. GIL,
*Plaintiff,*

Case No. 1:25-cv-5396 (MKV)

*-against-*

605 WEST 42ND OWNER LLC;
THE MOINIAN GROUP; JOSEPH MOINIAN;
COURTNEY LEES; KIMBERLY CAFARO;
MARIO FENKO; JULIO DEL ORBE; ALEX
SMALJAJ; DIAL-A-BUG/JUAN MITRE,
*Defendants.*

RECEIVED
SDNY PRO SE OFFICE
2026 MAY 19 AM 9: 02

**NOTICE OF APPEAL**

**NOTICE IS HEREBY GIVEN** that Plaintiff Aida Gil, proceeding *pro se*, hereby appeals to the United States Court of Appeals for the Second Circuit. From the Memorandum and Order of the Honorable Mary Kay Vyskocil, entered on the docket in this action on May 18, 2026 (ECF No. 44, vacating the temporary restraining order and denying Plaintiff's motion for a preliminary injunction.

Pursuant to Federal Rule of Appelate Procedure 24(a)(3), Plaintiff's IFP status, (ECF No. 5.) automatically transfers and continues on appeal.

Dated: May 18, 2026
New York, New York

Respectfully submitted,

Aida R. Gil
Pro Se Plaintiff
New York, NY 10036
ARG383@gmail.com