UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/19/26

AIDA R. GIL,

               Plaintiff,

-against-

605 WEST 42ND OWNER LLC, et al.,

               Defendants.

1:25-cv-5396 (MKV)

ORDER GRANTING
REQUEST
FOR TRANSCRIPT

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff's request for a transcript of the preliminary injunction hearing held on May 8, 2026, with the fees for such transcript "paid by the United States" pursuant to 28 U.S.C. § 753(f), is GRANTED.  The Court certifies that the appeal is not frivolous.

The Clerk of Court respectfully is requested to terminate the motion at docket entry 46.

**SO ORDERED.**

**Date:  May 19, 2026**
     **New York, NY**

_Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**